**John Rodgers BURNLEY, Plaintiff—Appellant,**

v.

**UNITED STATES of America; Diane L. Schroeder, Chief Primary Care Physician; Navreet K. Kallar, M.D.; Carolyn Johnson, Nurse; Hunter Holmes McGuire Veterans Administration Medical Center; Director of Hunter Holmes McGuire Veterans Administration Medical Center, individual capacity, Defendants—Appellees.**

No. 06–1199.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 20, 2006.

Decided: Oct. 4, 2006.

John Rodgers Burnley, Appellant Pro Se. Jonathan Holland Hambrick, Office of the United States Attorney, Richmond, Virginia, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Rodgers Burnley appeals the district court's order denying relief on his complaint alleging violations of his civil rights by employees at the Hunter Holmes McGuire Veterans Administration Medical Center. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Burnley v. United States*, No. 3:05–cv–00554–RLW (E.D.Va. Dec. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*